```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
EMIRATES TRADING AGENCY LLC,         :
                                     :
                    Plaintiff,       :
          v.                         :    09 Civ. 676 (BSJ)
                                     :       Order
GRAND MIRSINIDI INC.,                :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

At the oral argument held on June 2, 2009, Plaintiff's counsel argued for the first time that the restrained funds at issue belonging to non-party Monarch I Maritime S.A. ("Monarch") are attachable as a debt owed to Defendant Grand Mirsinidi, Inc. The Court would like to provide Monarch with an opportunity to respond to this argument in writing. Monarch's response may be submitted in the form of a letter-brief on or before Thursday, June 11, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 8, 2009

1