LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – Ph.
(212) 490-6070 – Fax

*Attorneys for Defendant*
MONARCH I MARITIME S.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
EMIRATES TRADING AGENCY LLC,             :
                                         :     09 Civ. 676 (BSJ)
                    Plaintiff,           :
                                         :     ECF CASE
       - against -                       :
                                         :
GRAND MIRISNIDI INC., STAMFORD           :
NAVIGATION INC., and MONARCH             :
MARITIME S.A. a.k.a. MONARCH I           :
MARITIME,                                :
                                         :
                    Defendants.          :
-------------------------------------------------X

## ORDER TO SHOW CAUSE WHY RULE B ATTACHMENT SHOULD NOT BE VACATED AND/OR THE COMPLAINT DISMISSED

Upon the annexed Declaration of Nancy R. Siegel, the exhibits annexed thereto, the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff Emirates Trading Agency LLC show cause before the Honorable Barbara S. Jones, Unites States District Court Judge, at 500 Pearl Street, Courtroom 17C, New York, New York, 10007, pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or Supplemental Admiralty Rule E and Local Admiralty Rule E.1 which provides for an adversary hearing **within three court-days,** on the 30th day of June, 2009 at 4 o'clock P.M. or as soon thereafter as counsel can be heard, why; (1) the Court's June 19, 2009 Ex Parte Order for

issuance of process of maritime attachment and garnishment should not be vacated on the basis that Defendant Monarch can be found within the district; (2) the attachment should not be vacated or reduced on an equitable basis; (3) an Order should not be issued dismissing the action for lack of jurisdiction; and (4) an Order should not be issued for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declaration(s), exhibits, and Memorandum of Law, be served upon Tisdale Law Offices LLC, LLP, 24 West 40th Street, 17th Floor, New York, NY 10018 attorneys for the Plaintiff, on or before  12:00  o'clock p.m. on June  26 , 2009 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon, LLC by fax or e-mail on or before the  29th  day of  June , 2009 by  6:00  P.M. o'clock. Reply papers, if any, shall be served so as to be received by counsel for the Plaintiff, Tisdale Law Offices by fax or e-mail on or before the  30th  day of June, 2009 by  12:00  o'clock p.m.

Dated: New York, NY
June 25, 2009

_____
U. S. D. J.

2